# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

05 OCT 13 PM 12: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | Nos. | 97-20234-Ml |
| | ) | | 97-20235-Ml |
| Plaintiff, | ) | | 97-20236-Ml |
| | ) | | 97-20237-Ml |
| VS | ) | | 97-20238-Ml |
| | ) | | 97-20239-Ml |
| EDDIE D. JETER | ) | | 97-20240-Ml |
| | ) | | 97-20241-Ml |
| Defendant. | ) | | 05-20014-Ml |

---

## *E-X-T-E-N-D-E-D ORDER TO SURRENDER

---

The defendant, Eddie D. Jeter, having been sentenced in the above case to the custody of the

Bureau of Prisons and having been granted leave by the Court to report to the designated facility,

**IS HEREBY ORDERED** to surrender to the Bureau of Prisons by reporting to the **FCI-MEMPHIS**

**(SCP), 1101 John A. Denie Road, Memphis, TN 38138** by **2:00 P.M., *THURSDAY,**

**NOVEMBER 3, 2005.**

    **IT IS FURTHER ORDERED** that upon receipt of a copy of this Order the defendant shall

report immediately to the Office of the Clerk, Federal Office Building, 167 N. Main Street, Room 242,

Memphis, Tennessee  38103 to acknowledge by signature receipt of a copy of this Order and that the

defendant will report as ordered to the facility named above.

    **ENTERED** this the _12_ day of October, 2005.

                             **JON PHIPPS McCALLA**
                             **UNITED STATES DISTRICT JUDGE**



## ACKNOWLEDGMENT

**I agree to report as directed above and understand that
if I fail to report, I may be cited for contempt of
Court and if convicted, may be punished by
imprisonment, fine or both.**

Signed and acknowledged before me on _____

_____          _____
**Clerk/Deputy Clerk**                               **Defendant**

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 116 in case 2:97-CR-20234 was distributed by fax, mail, or direct printing on October 13, 2005 to the parties listed.

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Carroll L. Andre
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT